UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY HILL, | ) CASE NO. 3:11-cv-00387 |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) FOR DISMISSAL WITH |
| BARRICK GOLDSTRIKE MINES, INC.; | ) PREJUDICE |
| BARRICK GOLD OF NORTH AMERICA, INC.; | ) |
| LEDCORE INDUSTRIES (USA), INC.; | ) |
| REMINGTON CONSTRUCTION COMPANY, LLC.; | ) |
| DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED, by and among Steven L Day, Esq., of DAY & NANCE, counsel for Plaintiff DANNY HILL, Craig M. Burkett, Esq., of CISNEROS CLAYSON & MARIAS, counsel for Defendants BARRICK GOLDSTRIKE MINES, INC., and BARRICK GOLD OF NORTH AMERICA, INC.A, INC., and Steven T. Jaffe, Esq., of HALL JAFFE & CLAYTON, LLP, counsel for Defendant REMINGTON CONSTRUCTION, LLC, that the above-entitled matter be

/ / /

/ / /

/ / /

/ / /

1

dismissed with prejudice.  Each party shall bear their own attorney's fees and costs incurred herein.

DATED: April 9, 2012.                          DATED: _____, 2012.

DAY & NANCE                                    CISNEROS CLAYSON & MARIAS

_____                      _____
STEVEN L. DAY, ESQ.                            CRAIG M. BURKETT, ESQ.
Nevada Bar No. 9878                            Nevada Bar No. 4935
1060 Wigwam Parkway                            One E. First Street, Ste. 1400
Henderson, NV  89074                           Reno, NV  89501
702-309-3333                                   775-326-8200
702-309-1085 fax                               775-326-8206 fax

Attorney for Plaintiff                         Attorney for Defendants
DANNY HILL                                     BARRICK GOLDSTRIKE MINES, INC.
                                               BARRICK GOLD OF NORTH AMERICA, INC.


                                               DATED: _____, 2012.

                                               HALL JAFFE & CLAYTON, LLP



                                               _____
                                               STEVEN T. JAFFE, ESQ.
                                               Nevada Bar No. 7035
                                               RONALD D. GREEN, JR., ESQ.
                                               Nevada Bar No. 7360
                                               7455 West Washington Ave., Ste. 460
                                               Las Vegas, NV  89128
                                               702-316-4111
                                               702-316-4114 fax

                                               Attorney for Defendant
                                               REMINGTON CONSTRUCTION, LLC


**ORDER**

Based upon the Stipulation entered into among the parties and their respective counsel of record:

/ / /

/ / /

2

dismissed with prejudice. Each party shall bear their own attorney's fees and costs incurred herein.

DATED: _____, 2012.

DAY & NANCE

_____
STEVEN L. DAY, ESQ.
Nevada Bar No. 9878
1060 Wigwam Parkway
Henderson, NV 89074
702-309-3333
702-309-1085 fax

Attorney for Plaintiff
DANNY HILL

DATED: _May 1_____, 2012.

CISNEROS CLAYSON & MARIAS

_____
CRAIG M. BURKETT, ESQ.
Nevada Bar No. 4935
One E. First Street, Ste. 1400
Reno, NV 89501
775-326-8200
775-326-8206 fax

Attorney for Defendants
BARRICK GOLDSTRIKE MINES, INC.
BARRICK GOLD OF NORTH AMERICA, INC.

DATED: _April 30_____, 2012.

HALL JAFFE & CLAYTON, LLP

_____
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
RONALD D. GREEN, JR., ESQ.
Nevada Bar No. 7360
7455 West Washington Ave., Ste. 460
Las Vegas, NV 89128
702-316-4111
702-316-4114 fax

Attorney for Defendant
REMINGTON CONSTRUCTION, LLC

**ORDER**

Based upon the Stipulation entered into among the parties and their respective counsel of record:

///

///

2 a

1  IT IS HEREBY ORDERED that the above-entitled matter be dismissed with prejudice, with
2  each party bearing their own attorney's fees and costs.
3  IT IS SO ORDERED:

5  DATED: this 8th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3