UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY HILL,<br><br>    Plaintiff,<br><br>v.<br><br>BARRICK GOLDSTRIKE MINES, INC.;<br>BARRICK GOLD OF NORTH AMERICA, INC.;<br>LEDCORE INDUSTRIES (USA), INC.;<br>REMINGTON CONSTRUCTION COMPANY, LLC.;<br>DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 3:11-cv-00387<br><br>STIPULATION AND ORDER<br>FOR DISMISSAL WITH<br>PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and among Steven L Day, Esq., of DAY & NANCE, counsel for Plaintiff DANNY HILL, Craig M. Burkett, Esq., of CISNEROS CLAYSON & MARIAS, counsel for Defendants BARRICK GOLDSTRIKE MINES, INC., and BARRICK GOLD OF NORTH AMERICA, INC.A, INC., and Steven T. Jaffe, Esq., of HALL JAFFE & CLAYTON, LLP, counsel for Defendant REMINGTON CONSTRUCTION, LLC, that the above-entitled matter be

/ / /

/ / /

/ / /

/ / /

1

dismissed with prejudice. Each party shall bear their own attorney's fees and costs incurred herein.

DATED: April 9, 2012.                              DATED: _____, 2012.

DAY & NANCE                                         CISNEROS CLAYSON & MARIAS

_____/s/_____                               _____
STEVEN L. DAY, ESQ.                                 CRAIG M. BURKETT, ESQ.
Nevada Bar No. 9878                                 Nevada Bar No. 4935
1060 Wigwam Parkway                                 One E. First Street, Ste. 1400
Henderson, NV 89074                                 Reno, NV 89501
702-309-3333                                        775-326-8200
702-309-1085 fax                                    775-326-8206 fax

Attorney for Plaintiff                              Attorney for Defendants
DANNY HILL                                          BARRICK GOLDSTRIKE MINES, INC.
                                                    BARRICK GOLD OF NORTH AMERICA,
                                                    INC.


                                                    DATED: _____, 2012.

                                                    HALL JAFFE & CLAYTON, LLP



                                                    _____
                                                    STEVEN T. JAFFE, ESQ.
                                                    Nevada Bar No. 7035
                                                    RONALD D. GREEN, JR., ESQ.
                                                    Nevada Bar No. 7360
                                                    7455 West Washington Ave., Ste. 460
                                                    Las Vegas, NV 89128
                                                    702-316-4111
                                                    702-316-4114 fax

                                                    Attorney for Defendant
                                                    REMINGTON CONSTRUCTION, LLC


                                    **ORDER**

    Based upon the Stipulation entered into among the parties and their respective counsel of record:

///

///

dismissed with prejudice. Each party shall bear their own attorney's fees and costs incurred herein.

DATED: _____, 2012.          DATED: __MAY 1__, 2012.

DAY & NANCE                              CISNEROS CLAYSON & MARIAS

_____                _____
STEVEN L. DAY, ESQ.                      CRAIG M. BURKETT, ESQ.
Nevada Bar No. 9878                      Nevada Bar No. 4935
1060 Wigwam Parkway                      One E. First Street, Ste. 1400
Henderson, NV 89074                      Reno, NV 89501
702-309-3333                             775-326-8200
702-309-1085 fax                         775-326-8206 fax

Attorney for Plaintiff                   Attorney for Defendants
DANNY HILL                               BARRICK GOLDSTRIKE MINES, INC.
                                         BARRICK GOLD OF NORTH AMERICA,
                                         INC.

                                         DATED: __April 30__, 2012.

                                         HALL JAFFE & CLAYTON, LLP

                                         _____
                                         STEVEN T. JAFFE, ESQ.
                                         Nevada Bar No. 7035
                                         RONALD D. GREEN, JR., ESQ.
                                         Nevada Bar No. 7360
                                         7455 West Washington Ave., Ste. 460
                                         Las Vegas, NV 89128
                                         702-316-4111
                                         702-316-4114 fax

                                         Attorney for Defendant
                                         REMINGTON CONSTRUCTION, LLC

**ORDER**

Based upon the Stipulation entered into among the parties and their respective counsel of record:

///

///

2 a


IT IS HEREBY ORDERED that the above-entitled matter be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

IT IS SO ORDERED:

DATED: this 8th day of May, 2012.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE